UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>vs.<br><br>LAWRENCE LOCKARD, and KAREN JANE NELSON,<br><br>               Defendants. | Case No. CV-17-004-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Lockard and Nelson and against Plaintiff American Reliable Insurance Company in accordance with the Order issued on today's date.

    Dated this 23rd day of August, 2018.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ A.S. Goodwin
                                      A.S. Goodwin, Deputy Clerk

